FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 0 2 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KARDARIUS KANTREZ GLASS | Criminal Information<br><br>No.  1:23-CR-150 |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One**

On or about May 2, 2023, in the Northern District of Georgia, the defendant, Kardarius Kantrez Glass, did, after entering the United States Courthouse located at 75 Ted Turner Drive, SW, Atlanta, GA 30303-3309, a Federal property, exhibit disorderly conduct and create a loud and unusual noise and nuisance, all in violation of Title 41, Code of Federal Regulations, Sections 102-74.390(a) and 102-74.450.

## Count Two

On or about May 2, 2023, in the Northern District of Georgia, the defendant, Kardarius Kantrez Glass, did forcibly assault, intimidate and interfere with B.C., an employee of the United States and the United States Courts and a person designated in Title 18, United States Code, Section 1114, while B.C. was engaged in her official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

RYAN K. BUCHANAN
 *United States Attorney*

*Alana R. Black*

ALANA R. BLACK
 *Assistant United States Attorney*
Georgia Bar No. 785045

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181