IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:23-cr-00150-LMM-JKL |
| KARDARIUS KANTREZ GLASS, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation, Dkt. No. [34].[1] No objections have been filed in response to the Report and Recommendation. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Report and Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Report and Recommendation, Dkt. No. [34], as its opinion: the Court finds that Defendant Kardarius Kantrez Glass is competent to stand trial.

---

[1] Defendant's Motion for Review of the Magistrate Judge's Detention Order, Dkt. No. [39], is also pending. The Court will rule on that motion in a separate order.

The Court hereby sets the trial date for Defendant Kardarius Kantrez Glass to begin on **Thursday, February 22, 2024, at 9:30 a.m.** in Courtroom 2107, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia. The time from January 17, 2024, to February 22, 2024, shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

The pretrial conference is set for **Tuesday, February 20, 2024, at 1:30 p.m.** in Courtroom 2107. By noon on Tuesday, February 6, 2024, the parties are to file their respective motions in limine and voir dire questions. By noon on Tuesday, February 6, 2024, the Government is to file a brief statement of facts the parties can rely on for voir dire. By noon on Tuesday, February 13, 2024, the parties are to file any objections to those items listed above. Requests to charge and verdict forms should be filed on CM/ECF and e-mailed to the Courtroom Deputy Clerk in Word format by noon on Wednesday, February 21, 2024.

The Court requires the parties to e-mail an exhibit and witness list to the Courtroom Deputy Clerk by Wednesday, February 21, 2024. The list shall contain an identifying description of each exhibit to the right of the exhibit numbers. The list shall be double-spaced with approximately 1.5 inches of space to the left of the number for court use. Additionally, the parties are required to deliver to chambers the morning of trial a tabbed exhibit notebook for the Court's use. Counsel shall comply with the Local Rules of this Court regarding exhibits. Any exhibit larger than 8 ½" x 11" will be returned to counsel pursuant to

Rule 79.1(B)(5) of the Local Rules of this Court. Within ten days following the conclusion of a trial or hearing, all parties must file photographs or other appropriate reproductions of oversized and non-documentary exhibits admitted as evidence at the trial or hearing. The parties must provide a courtesy copy of any documents e-filed just prior to trial or on any day during the course of the trial.

Courtroom 2107 is technology equipped. Any training or trial runs regarding the courtroom technology must be scheduled in advance of trial via the Courtroom Deputy Clerk. The Court will not allow time for training or trial runs at the beginning of the trial. Any motions requesting leave to bring technology into the courtroom must be filed prior to the pretrial conference, to allow time for proper notification to the U.S. Marshals Service.

It is the responsibility of counsel to immediately notify the Courtroom Deputy if the defendant requires interpretive services for any court proceeding so that services can be arranged. It is the responsibility of counsel to arrange interpretive services for any witnesses needing assistance of an interpreter for any court proceeding.

**IT IS SO ORDERED** this 17th day of January, 2024.

**Leigh Martin May**
**United States District Judge**